**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Gary Gallemore** | Social Security number or ITIN **xxx–xx–7197** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **District of New Jersey** | Date case filed in chapter **13**     **10/3/16** |
| Case number: | **16–28971–KCF** | Date case converted to chapter **7**     **3/8/17** |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Gary Gallemore | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 36 Heath Lane<br>Willingboro, NJ 08046 | |
| 4. | **Debtor's attorney**<br>Name and address | Avram D White<br>Law Offices of Avram D White, Esq<br>66 Hampton Terrace<br>Orange, NJ 07050 | Contact phone 973–669–0857 |
| 5. | **Bankruptcy trustee**<br>Name and address | Barry R. Sharer<br>Sharer Petree Brotz & Snyder<br>1103 Laurel Oak Road<br>Suite 105B<br>Voorhees, NJ 08043 | Contact phone 856–282–0998 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | 402 East State Street  Trenton, NJ 08608  Additional information may be available at the Court's Web Site: www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)  Contact phone 609–858–9333  Date: 3/8/17 |
| **7. Meeting of creditors**  **Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**  All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **April 7, 2017 at 09:00 AM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:  **Clarkson S. Fisher Federal Courthouse, 402 East State Street, Room 129, Trenton, NJ 08608–1507** |
| **8. Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:**  • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 6/6/17** |
| | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 16-28971-KCF
Gary Gallemore                                                                            Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Mar 08, 2017
                              Form ID: 309A            Total Noticed: 65

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 10, 2017.
```
db            +Gary Gallemore,    36 Heath Lane,    Willingboro, NJ 08046-1720
tr            +Barry R. Sharer,    Sharer Petree Brotz & Snyder,    1103 Laurel Oak Road,    Suite 105B,
                Voorhees, NJ 08043-4376
516429311     +Caliber Home Loans,    PO Box 24610,    Oklahoma City, OK 73124-0610
516429321      Citibank,    PO Box 8015,    South Hackensack, NJ 07606-8015
516429323     +Citibank ( South Dakota) , NA,    Attn: Eichenbaum and Stylianou, LLC,
                10 Forest Avenue - PO Box 0194,    Paramus, NJ 07653-0194
516429325     +Citibank, NA,    PO Box 6191,    Sioux Falls, SD 57117-6191
516429327     +GMAC,    3451 Hammond Ave.,    Waterloo, IA 50702-5300
516429331      Home Depot,    PO Box 689100,    Des Moines, IA 50368
516429330      Home Depot,    P0 Box 9100,    Des Moines, IA 50368
516429337     +PSEG,    80 Park Plaza,    Newark, NJ 07102-4194
516429333      PSEG,    PO Box 14104,    New Brunswick, NJ 08906-4104
516429334     +PSEG,    PO Box 14444,    New Brunswick, NJ 08906-4444
516429336     +PSEG,    80 Park Plaza T5D,    Newark, NJ 07102-4109
516429352      Sprint PCS,    PO Box 2200,    Bedford Park, IL 60499-2200
516429359     +Township of Willingboro,    1 Rev Dr. M.L. King Jr. Drive,    Willingboro, NJ 08046-2853
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: clistbk3@gmail.com Mar 08 2017 23:01:28      Avram D White,
                Law Offices of Avram D White, Esq,    66 Hampton Terrace,    Orange, NJ   07050
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 08 2017 23:02:22      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 08 2017 23:02:18      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516582283      EDI: GMACFS.COM Mar 08 2017 22:38:00      Ally Financial,    PO Box 130424,
                Roseville MN 55113-0004
516429301     +EDI: GMACFS.COM Mar 08 2017 22:38:00      Ally Financial,    PO Box 380901,
                Minneapolis, MN 55438-0901
516429302     +EDI: GMACFS.COM Mar 08 2017 22:38:00      Ally Financial,    200 Renaissance Ctr,
                Detroit, MI 48243-1300
516623186      EDI: RESURGENT.COM Mar 08 2017 22:43:00       Ashley Funding Services, LLC its successors and,
                assigns as assignee of Laboratory,    Corporation of America Holdings,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516429305     +EDI: BANKAMER.COM Mar 08 2017 22:43:00      Bank Of America,    PO Box 30770,
                Tampa, FL 33630-3770
516429310     +EDI: BANKAMER.COM Mar 08 2017 22:43:00      Bank of America,    PO Box 21846,
                Greensboro, NC 27420-1846
516429304     +EDI: BANKAMER.COM Mar 08 2017 22:43:00      Bank of America,    PO Box 53138,
                Phoenix, AZ 85072-3138
516429309     +EDI: BANKAMER2.COM Mar 08 2017 22:43:00      Bank of America,    P0 Box 17009,
                Baltimore, MD 21297-1009
516429306     +EDI: BANKAMER2.COM Mar 08 2017 22:43:00      Bank of America,    Legal Order Processing,
                5701 Horatio Street,    Utica, NY 13502-1024
516429307      EDI: BANKAMER2.COM Mar 08 2017 22:43:00      Bank of America,    PO Box 60073,
                City of Industry, CA 91716
516429303      EDI: BANKAMER.COM Mar 08 2017 22:43:00      Bank of America,    PO Box 53132,    For Notice Only,
                Phoenix, AZ 85072-3132
516429308     +EDI: BANKAMER.COM Mar 08 2017 22:43:00      Bank of America,    PO Box 2278,
                Norfolk, VA 23501-2278
516429319      EDI: CAPITALONE.COM Mar 08 2017 22:43:00      Capital One Bank Usa N,    15000 Capital One Dr,
                Richmond, VA 23238
516429328      EDI: RMSC.COM Mar 08 2017 22:43:00      Home Depot,    PO Box 103072,    Roswell, GA 30076
516429312     +EDI: CAPITALONE.COM Mar 08 2017 22:43:00      Capital One Bank,    PO Box 71083,
                Charlotte, NC 28272-1083
516429317     +EDI: CAPITALONE.COM Mar 08 2017 22:43:00      Capital One Bank,    PO Box 70884,
                Charlotte, NC 28272-0884
516429315     +EDI: CAPITALONE.COM Mar 08 2017 22:43:00      Capital One Bank,    PO Box 85147,
                Richmond, VA 23276-0001
516429313     +EDI: CAPITALONE.COM Mar 08 2017 22:43:00      Capital One Bank,    PO Box 71083,
                For Notice Only,    Charlotte, NC 28272-1083
516461186      EDI: CAPITALONE.COM Mar 08 2017 22:43:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                Charlotte, NC  28272-1083
516429316     +EDI: CAPITALONE.COM Mar 08 2017 22:43:00      Capital One bank,    Po Box 85064,
                Glen Allen, VA 23058
516429320     +EDI: CITICORP.COM Mar 08 2017 22:43:00      Citibank,    PO Box 6500,
                Sioux Falls, SD 57117-6500
516429322      EDI: CITICORP.COM Mar 08 2017 22:43:00      Citibank,    PO Box 6405,    The Lakes, NV 88901-6405
516429324      EDI: CITICORP.COM Mar 08 2017 22:43:00      Citibank - Home Depot,    PO Box 6497,
                Sioux Falls, SD 57117-6497
516429326     +EDI: GMACFS.COM Mar 08 2017 22:38:00      GMAC,    P0 Box 130424,    Roseville, MN 55113-0004
516429329     +EDI: RMSC.COM Mar 08 2017 22:43:00      Home Depot,    7840 Roswell Rd.,    Bldg. 100, Ste. 210,
                Atlanta, GA 30350-6877
```

```
District/off: 0312-3           User: admin              Page 2 of 2              Date Rcvd: Mar 08, 2017
                               Form ID: 309A            Total Noticed: 65

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516645104         EDI: PRA.COM Mar 08 2017 22:38:00      Portfolio Recovery Associates, LLC,
                  c/o Sears Mastercard,    POB 41067,    Norfolk VA 23541
516429335         E-mail/Text: bankruptcy@pseg.com Mar 08 2017 23:01:35       PSEG,    PO Box 790,
                  Cranford, NJ 07016-0790
516429338        +E-mail/Text: bankruptcy@pseg.com Mar 08 2017 23:01:35       PSEG,    20 Commerce Drive,
                  Cranford, NJ 07016-3617
516429347         EDI: NEXTEL.COM Mar 08 2017 22:38:00     Sprint,    PO Box 152046,    Irving, TX 75015-2046
516429346         EDI: NEXTEL.COM Mar 08 2017 22:38:00     Sprint,    PO Box 219554,    Kansas City, MO
516429348         EDI: NEXTEL.COM Mar 08 2017 22:38:00     Sprint,    PO Box 740503,    Atlanta, GA 30374
516429349         EDI: NEXTEL.COM Mar 08 2017 22:38:00     Sprint / Nextel,    PO Box 17621,    Baltimore, MD 21297
516429354         EDI: NEXTEL.COM Mar 08 2017 22:38:00     Sprint PCS,    PO Box 219554,    Kansas City, MO 64121
516429351         EDI: NEXTEL.COM Mar 08 2017 22:38:00     Sprint PCS,    PO Box 219718,
                  Kansas City, MO 64121-9718
516429353         EDI: NEXTEL.COM Mar 08 2017 22:38:00     Sprint PCS,    PO Box 62071,    Baltimore, MD 21264
516429344        +EDI: SEARS.COM Mar 08 2017 22:43:00     Sears,    P0 Box 6924,    The Lakes, NV 88901-6924
516429342        +EDI: SEARS.COM Mar 08 2017 22:43:00     Sears,    PO Box 182156,    Columbus, OH 43218-2156
516429341         EDI: SEARS.COM Mar 08 2017 22:43:00     Sears,    PO Box 182459,    Columbus, OH 43218
516429339         EDI: SEARS.COM Mar 08 2017 22:43:00     Sears,    P.O. Box 555,    Columbus, OH 43216
516429343        +EDI: SEARS.COM Mar 08 2017 22:43:00     Sears,    PO Box 818007,    Cleveland, OH 44181-8007
516429340         EDI: SEARS.COM Mar 08 2017 22:43:00     Sears,    PO Box 818017,    Cleveland, OH 44181-8017
516429345        +EDI: SEARS.COM Mar 08 2017 22:43:00     Sears/Citibank N.A.,     Po Box 6283,
                  Sioux Falls, SD 57117-6283
516429350        +EDI: NEXTEL.COM Mar 08 2017 22:38:00     Sprint Customer Service,    P0 Box 8077,
                  London, KY 40742-8077
516429356        +EDI: NEXTEL.COM Mar 08 2017 22:38:00     Sprint PCS,    PO Box 105243,    Atlanta, GA 30348-5243
516429355        +EDI: NEXTEL.COM Mar 08 2017 22:38:00     Sprint PCS,    PO Box 8077,    London, KY 40742-8077
516429357        +EDI: CITICORP.COM Mar 08 2017 22:43:00      The Home Depot - Citibank NA,    Po Box 6497,
                  Sioux Falls, SD 57117-6497
516429358         EDI: CITICORP.COM Mar 08 2017 22:43:00      The Home Depot/CBNA,    PO Box 6497,
                  For Notice Only,    Sioux Falls, SD 57117-6497
                                                                                               TOTAL: 50

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516429314         Capital One Bank
516429332*       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                  (address filed with court:   Home Depot Credit Services,     Processing Center,
                  Des Moines, IA 50364)
516429318*       +Capital One Bank,    P0 Box 70884,    Charlotte, NC 28272-0884
                                                                                         TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 8, 2017 at the address(es) listed below:
              Albert  Russo    docs@russotrustee.com
              Avram D White    on behalf of Debtor Gary  Gallemore clistbk3@gmail.com,
               adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com
              Barry R. Sharer    CShapiro@SharerPBS.com, BSharer@SharerPBS.com;nj83@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor   U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER
               PARTICIPATION TRUST dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              James Patrick Shay    on behalf of Creditor   U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER
               PARTICIPATION TRUST james.shay@phelanhallinan.com
              John R. Morton, Jr.    on behalf of Creditor    Ally Financial mortonlaw.bcraig@verizon.net,
               donnal@mortoncraig.com;mhazlett@mortoncraig.com
                                                                                             TOTAL: 6
```