UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 16-28971 |
|---|---|---|
| GALLEMORE, GARY | Chapter: | 7 |
| | Judge: | KCF |

## NOTICE OF PROPOSED ABANDONMENT

_____Barry R. Sharer_____, ___Chapter 7 Trustee___ in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:    Jeanne A. Naughton
> Clerk of the U.S. Bankruptcy Court
> U.S.  Courthouse, 1st Floor
> 402 E. State Street
> Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable _____Kathryn C. Ferguson_____ on _____07/18/17_____ at __11:00__ a.m. at the United States Bankruptcy Court, Courtroom no. ___2___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:    36 Heath Lane
> Willingboro, NJ
> Value: $125,000.00

> Liens on property:        Caliber - $409,452.00

> Amount of equity claimed as exempt:   -0-

Objections must be served on, and requests for additional information directed to:

Name:     Barry R. Sharer, Trustee

Address:     1103 Laurel Oak Road, Suite 105B, Voorhees, NJ 08043

Telephone No.: 856-435-3200

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 16-28971-KCF
Gary Gallemore                                                              Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 3          Date Rcvd: Jun 09, 2017
                             Form ID: pdf905       Total Noticed: 63


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 11, 2017.
```
db          +Gary Gallemore,   36 Heath Lane,   Willingboro, NJ 08046-1720
cr          +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER,   Phelan Hallinan & Schmieg, PC,
             400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
516429305   +Bank Of America,   PO Box 30770,   Tampa, FL 33630-3770
516429310   +Bank of America,   PO Box 21846,   Greensboro, NC 27420-1846
516429303    Bank of America,   PO Box 53132,   For Notice Only,   Phoenix, AZ 85072-3132
516429304   +Bank of America,   PO Box 53138,   Phoenix, AZ 85072-3138
516429309   +Bank of America,   P0 Box 17009,   Baltimore, MD 21297-1009
516429306   +Bank of America,   Legal Order Processing,   5701 Horatio Street,   Utica, NY 13502-1024
516429307    Bank of America,   PO Box 60073,   City of Industry, CA 91716
516429319   ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One Bank Usa N,   15000 Capital One Dr,
             Richmond, VA 23238)
516429311   +Caliber Home Loans,   PO Box 24610,   Oklahoma City, OK 73124-0610
516429315   +Capital One Bank,   PO Box 85147,   Richmond, VA 23276-0001
516429312   +Capital One Bank,   PO Box 71083,   Charlotte, NC 28272-1083
516429313   +Capital One Bank,   PO Box 71083,   For Notice Only,   Charlotte, NC 28272-1083
516429317   +Capital One Bank,   PO Box 70884,   Charlotte, NC 28272-0884
516461186    Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
516429316    Capital One bank,   Po Box 85064,   Glen Allen, VA 23058
516429320   +Citibank,   PO Box 6500,   Sioux Falls, SD 57117-6500
516429321    Citibank,   PO Box 8015,   South Hackensack, NJ 07606-8015
516429322    Citibank,   PO Box 6405,   The Lakes, NV 88901-6405
516429323   +Citibank ( South Dakota) , NA,   Attn: Eichenbaum and Stylianou, LLC,
             10 Forest Avenue - PO Box 0194,   Paramus, NJ 07653-0194
516429324    Citibank - Home Depot,   PO Box 6497,   Sioux Falls, SD 57117-6497
516429325   +Citibank, NA,   PO Box 6191,   Sioux Falls, SD 57117-6191
516429327   +GMAC,   3451 Hammond Ave.,   Waterloo, IA 50702-5300
516429331    Home Depot,   PO Box 689100,   Des Moines, IA 50368
516429330    Home Depot,   P0 Box 9100,   Des Moines, IA 50368
516429337   +PSEG,   80 Park Plaza,   Newark, NJ 07102-4194
516429334   +PSEG,   PO Box 14444,   New Brunswick, NJ 08906-4444
516429333    PSEG,   PO Box 14104,   New Brunswick, NJ 08906-4104
516429336   +PSEG,   80 Park Plaza T5D,   Newark, NJ 07102-4109
516429340    Sears,   PO Box 818017,   Cleveland, OH 44181-8017
516429344   +Sears,   P0 Box 6924,   The Lakes, NV 88901-6924
516429342   +Sears,   PO Box 182156,   Columbus, OH 43218-2156
516429341    Sears,   PO Box 182459,   Columbus, OH 43218
516429339    Sears,   P.O. Box 555,   Columbus, OH 43216
516429343   +Sears,   PO Box 818007,   Cleveland, OH 44181-8007
516429345   +Sears/Citibank N.A.,   Po Box 6283,   Sioux Falls, SD 57117-6283
516429352    Sprint PCS,   PO Box 2200,   Bedford Park, IL 60499-2200
516429357   +The Home Depot - Citibank NA,   Po Box 6497,   Sioux Falls, SD 57117-6497
516429358    The Home Depot/CBNA,   PO Box 6497,   For Notice Only,   Sioux Falls, SD 57117-6497
516429359   +Township of Willingboro,   1 Rev Dr. M.L. King Jr. Drive,   Willingboro, NJ 08046-2853
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jun 09 2017 22:36:07      U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 09 2017 22:36:03      United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
516582283    E-mail/Text: ally@ebn.phinsolutions.com Jun 09 2017 22:35:16      Ally Financial,
             PO Box 130424,   Roseville MN 55113-0004
516429301   +E-mail/Text: ally@ebn.phinsolutions.com Jun 09 2017 22:35:16      Ally Financial,
             PO Box 380901,   Minneapolis, MN 55438-0901
516429302   +E-mail/Text: ally@ebn.phinsolutions.com Jun 09 2017 22:35:16      Ally Financial,
             200 Renaissance Ctr,   Detroit, MI 48243-1300
516623186    E-mail/PDF: resurgentbknotifications@resurgent.com Jun 09 2017 22:41:21
             Ashley Funding Services, LLC its successors and,   assigns as assignee of Laboratory,
             Corporation of America Holdings,   Resurgent Capital Services,   PO Box 10587,
             Greenville, SC 29603-0587
516429328    E-mail/PDF: gecsedi@recoverycorp.com Jun 09 2017 22:40:55      Home Depot,   PO Box 103072,
             Roswell, GA 30076
516429326   +E-mail/Text: ally@ebn.phinsolutions.com Jun 09 2017 22:35:16      GMAC,   P0 Box 130424,
             Roseville, MN 55113-0004
516429329   +E-mail/PDF: gecsedi@recoverycorp.com Jun 09 2017 22:40:54      Home Depot,   7840 Roswell Rd.,
             Bldg. 100, Ste. 210,   Atlanta, GA 30350-6877
516645104    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 09 2017 22:46:54
             Portfolio Recovery Associates, LLC,   c/o Sears Mastercard,   POB 41067,   Norfolk VA 23541
516429335    E-mail/Text: bankruptcy@pseg.com Jun 09 2017 22:35:15      PSEG,   PO Box 790,
             Cranford, NJ 07016-0790
516429338   +E-mail/Text: bankruptcy@pseg.com Jun 09 2017 22:35:15      PSEG,   20 Commerce Drive,
             Cranford, NJ 07016-3617
```

```
District/off: 0312-3          User: admin           Page 2 of 3             Date Rcvd: Jun 09, 2017
                             Form ID: pdf905        Total Noticed: 63
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
516429347       E-mail/Text: appebnmailbox@sprint.com Jun 09 2017 22:35:58       Sprint,   PO Box 152046,
                 Irving, TX 75015-2046
516429346       E-mail/Text: appebnmailbox@sprint.com Jun 09 2017 22:35:58       Sprint,   PO Box 219554,
                 Kansas City, MO
516429348       E-mail/Text: appebnmailbox@sprint.com Jun 09 2017 22:35:59       Sprint,   PO Box 740503,
                 Atlanta, GA 30374
516429349       E-mail/Text: appebnmailbox@sprint.com Jun 09 2017 22:35:59       Sprint / Nextel,   PO Box 17621,
                 Baltimore, MD 21297
516429354       E-mail/Text: appebnmailbox@sprint.com Jun 09 2017 22:35:59       Sprint PCS,   PO Box 219554,
                 Kansas City, MO 64121
516429351       E-mail/Text: appebnmailbox@sprint.com Jun 09 2017 22:35:59       Sprint PCS,   PO Box 219718,
                 Kansas City, MO 64121-9718
516429353       E-mail/Text: appebnmailbox@sprint.com Jun 09 2017 22:36:00       Sprint PCS,   PO Box 62071,
                 Baltimore, MD 21264
516429350       +E-mail/Text: appebnmailbox@sprint.com Jun 09 2017 22:35:59      Sprint Customer Service,
                 P0 Box 8077,   London, KY 40742-8077
516429356       +E-mail/Text: appebnmailbox@sprint.com Jun 09 2017 22:35:59      Sprint PCS,   PO Box 105243,
                 Atlanta, GA 30348-5243
516429355       +E-mail/Text: appebnmailbox@sprint.com Jun 09 2017 22:36:00      Sprint PCS,   PO Box 8077,
                 London, KY 40742-8077
                                                                                           TOTAL: 22


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516429314       Capital One Bank
cr*             Ally Financial,   PO Box 130424,   Roseville, MN  55113-0004
cr*             +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER,   Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
516429332*      ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                 (address filed with court:  Home Depot Credit Services,   Processing Center,
                 Des Moines, IA 50364)
516429318*      +Capital One Bank,   P0 Box 70884,   Charlotte, NC 28272-0884
516429308       ##Bank of America,   PO Box 2278,   Norfolk, VA 23501-2278
                                                                            TOTALS: 1, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2017                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 8, 2017 at the address(es) listed below:
```
        Avram D White    on behalf of Debtor Gary  Gallemore clistbk3@gmail.com,
         adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com
        Barry R. Sharer    on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com,
         BSharer@SharerPBS.com;nj83@ecfcbis.com
        Barry R. Sharer    CShapiro@SharerPBS.com,   BSharer@SharerPBS.com;nj83@ecfcbis.com
        Brian C. Nicholas    on behalf of Creditor   U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER
         PARTICIPATION TRUST bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
        Denise E. Carlon    on behalf of Creditor   U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER
         PARTICIPATION TRUST dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
        James Patrick Shay    on behalf of Creditor   U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER
         PARTICIPATION TRUST james.shay@phelanhallinan.com
        John R. Morton, Jr.   on behalf of Creditor   Ally Financial mortonlaw.bcraig@verizon.net,
         tfitz@mortoncraig.com;mhazlett@mortoncraig.com
```

District/off: 0312-3          User: admin            Page 3 of 3            Date Rcvd: Jun 09, 2017
                             Form ID: pdf905         Total Noticed: 63


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                              TOTAL: 7