UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:      Case no.: __16-28971__

Gary Gallemore      Chapter: __7__

     Judge: __Ferguson__

Debtor(s)

## CERTIFICATION OF NO OBJECTION

I __Gary A. Nau__, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

- ☒ Abandonment
- ☐ Public Sale
- ☐ Private Sale
- ☐ Settlement of Controversy
- ☐ Auctioneer Compensation

Description of Property (if applicable):
36 Heath Lane, Willingboro, NJ.

JEANNE A. NAUGHTON, Clerk

Date: 7/12/2017      By: Gary A. Nau

*rev.2/10/17*