**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Gary Gallemore | Social Security number or ITIN    xxx–xx–7197 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–28971–KCF | |

# Order of Discharge                                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Gary Gallemore

7/21/17                                                                   **By the court:**  Kathryn C. Ferguson
                                                                                               United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                                  District of New Jersey
In re:                                                                   Case No. 16-28971-KCF
Gary Gallemore                                                           Chapter 7
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                   Page 1 of 3                  Date Rcvd: Jul 21, 2017
                              Form ID: 318                  Total Noticed: 64


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 23, 2017.
db             +Gary Gallemore,    36 Heath Lane,    Willingboro, NJ 08046-1720
cr             +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER,     Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
516429311      +Caliber Home Loans,     PO Box 24610,    Oklahoma City, OK 73124-0610
516429321       Citibank,    PO Box 8015,    South Hackensack, NJ 07606-8015
516429323      +Citibank ( South Dakota) , NA,     Attn: Eichenbaum and Stylianou, LLC,
                 10 Forest Avenue - PO Box 0194,     Paramus, NJ 07653-0194
516429325      +Citibank, NA,    PO Box 6191,    Sioux Falls, SD 57117-6191
516429327      +GMAC,    3451 Hammond Ave.,    Waterloo, IA 50702-5300
516429331       Home Depot,    PO Box 689100,    Des Moines, IA 50368
516429330       Home Depot,    P0 Box 9100,    Des Moines, IA 50368
516429337      +PSEG,    80 Park Plaza,    Newark, NJ 07102-4194
516429336      +PSEG,    80 Park Plaza T5D,    Newark, NJ 07102-4109
516429334      +PSEG,    PO Box 14444,    New Brunswick, NJ 08906-4444
516429333       PSEG,    PO Box 14104,    New Brunswick, NJ 08906-4104
516429352       Sprint PCS,    PO Box 2200,    Bedford Park, IL 60499-2200
516429359      +Township of Willingboro,     1 Rev Dr. M.L. King Jr. Drive,    Willingboro, NJ 08046-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 21 2017 23:13:39      U.S. Attorney,     970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 21 2017 23:13:35      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516582283       EDI: GMACFS.COM Jul 21 2017 22:53:00      Ally Financial,    PO Box 130424,
                 Roseville MN 55113-0004
516429301      +EDI: GMACFS.COM Jul 21 2017 22:53:00      Ally Financial,    PO Box 380901,
                 Minneapolis, MN 55438-0901
516429302      +EDI: GMACFS.COM Jul 21 2017 22:53:00      Ally Financial,    200 Renaissance Ctr,
                 Detroit, MI 48243-1300
516623186       EDI: RESURGENT.COM Jul 21 2017 23:03:00      Ashley Funding Services, LLC its successors and,
                 assigns as assignee of Laboratory,    Corporation of America Holdings,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516429305      +EDI: BANKAMER.COM Jul 21 2017 22:53:00      Bank Of America,    PO Box 30770,
                 Tampa, FL 33630-3770
516429310      +EDI: BANKAMER.COM Jul 21 2017 22:53:00      Bank of America,    PO Box 21846,
                 Greensboro, NC 27420-1846
516429304      +EDI: BANKAMER.COM Jul 21 2017 22:53:00      Bank of America,    PO Box 53138,
                 Phoenix, AZ 85072-3138
516429309      +EDI: BANKAMER2.COM Jul 21 2017 23:03:00      Bank of America,    P0 Box 17009,
                 Baltimore, MD 21297-1009
516429306      +EDI: BANKAMER2.COM Jul 21 2017 23:03:00      Bank of America,    Legal Order Processing,
                 5701 Horatio Street,    Utica, NY 13502-1024
516429307       EDI: BANKAMER2.COM Jul 21 2017 23:03:00      Bank of America,    PO Box 60073,
                 City of Industry, CA 91716
516429303       EDI: BANKAMER.COM Jul 21 2017 22:53:00      Bank of America,    PO Box 53132,    For Notice Only,
                 Phoenix, AZ 85072-3132
516429308       EDI: BANKAMER.COM Jul 21 2017 22:53:00      Bank of America,    PO Box 2278,
                 Norfolk, VA 23501-2278
516429319       EDI: CAPITALONE.COM Jul 21 2017 23:03:00      Capital One Bank Usa N,    15000 Capital One Dr,
                 Richmond, VA 23238
516429328       EDI: RMSC.COM Jul 21 2017 22:53:00      Home Depot,    PO Box 103072,    Roswell, GA 30076
516429312      +EDI: CAPITALONE.COM Jul 21 2017 23:03:00      Capital One Bank,    PO Box 71083,
                 Charlotte, NC 28272-1083
516429317      +EDI: CAPITALONE.COM Jul 21 2017 23:03:00      Capital One Bank,    PO Box 70884,
                 Charlotte, NC 28272-0884
516429315      +EDI: CAPITALONE.COM Jul 21 2017 23:03:00      Capital One Bank,    PO Box 85147,
                 Richmond, VA 23276-0001
516429313      +EDI: CAPITALONE.COM Jul 21 2017 23:03:00      Capital One Bank,    PO Box 71083,
                 For Notice Only,    Charlotte, NC 28272-1083
516461186       EDI: CAPITALONE.COM Jul 21 2017 23:03:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
516429316       EDI: CAPITALONE.COM Jul 21 2017 23:03:00      Capital One bank,    Po Box 85064,
                 Glen Allen, VA 23058
516429320      +EDI: CITICORP.COM Jul 21 2017 23:03:00      Citibank,    PO Box 6500,
                 Sioux Falls, SD 57117-6500
516429322       EDI: CITICORP.COM Jul 21 2017 23:03:00      Citibank,    PO Box 6405,    The Lakes, NV 88901-6405
516429324       EDI: CITICORP.COM Jul 21 2017 23:03:00      Citibank - Home Depot,    PO Box 6497,
                 Sioux Falls, SD 57117-6497
516429326      +EDI: GMACFS.COM Jul 21 2017 22:53:00      GMAC,    P0 Box 130424,    Roseville, MN 55113-0004
516429329      +EDI: RMSC.COM Jul 21 2017 22:53:00      Home Depot,    7840 Roswell Rd.,    Bldg. 100, Ste. 210,
                 Atlanta, GA 30350-6877
516645104       EDI: PRA.COM Jul 21 2017 23:03:00      Portfolio Recovery Associates, LLC,
                 c/o Sears Mastercard,    POB 41067,    Norfolk VA 23541
```

```
District/off: 0312-3          User: admin              Page 2 of 3              Date Rcvd: Jul 21, 2017
                              Form ID: 318             Total Noticed: 64

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516429335      E-mail/Text: bankruptcy@pseg.com Jul 21 2017 23:12:51       PSEG,    PO Box 790,
               Cranford, NJ 07016-0790
516429338     +E-mail/Text: bankruptcy@pseg.com Jul 21 2017 23:12:51       PSEG,    20 Commerce Drive,
               Cranford, NJ 07016-3617
516429347      EDI: NEXTEL.COM Jul 21 2017 23:03:00      Sprint,    PO Box 152046,    Irving, TX 75015-2046
516429346      EDI: NEXTEL.COM Jul 21 2017 23:03:00      Sprint,    PO Box 219554,    Kansas City, MO
516429348      EDI: NEXTEL.COM Jul 21 2017 23:03:00      Sprint,    PO Box 740503,    Atlanta, GA 30374
516429349      EDI: NEXTEL.COM Jul 21 2017 23:03:00      Sprint / Nextel,    PO Box 17621,    Baltimore, MD 21297
516429354      EDI: NEXTEL.COM Jul 21 2017 23:03:00      Sprint PCS,    PO Box 219554,    Kansas City, MO 64121
516429351      EDI: NEXTEL.COM Jul 21 2017 23:03:00      Sprint PCS,    PO Box 219718,
               Kansas City, MO 64121-9718
516429353      EDI: NEXTEL.COM Jul 21 2017 23:03:00      Sprint PCS,    PO Box 62071,    Baltimore, MD 21264
516429344     +EDI: SEARS.COM Jul 21 2017 23:03:00      Sears,    P0 Box 6924,    The Lakes, NV 88901-6924
516429342     +EDI: SEARS.COM Jul 21 2017 23:03:00      Sears,    PO Box 182156,    Columbus, OH 43218-2156
516429341      EDI: SEARS.COM Jul 21 2017 23:03:00      Sears,    PO Box 182459,    Columbus, OH 43218
516429339      EDI: SEARS.COM Jul 21 2017 23:03:00      Sears,    P.O. Box 555,    Columbus, OH 43216
516429343     +EDI: SEARS.COM Jul 21 2017 23:03:00      Sears,    PO Box 818007,    Cleveland, OH 44181-8007
516429340      EDI: SEARS.COM Jul 21 2017 23:03:00      Sears,    PO Box 818017,    Cleveland, OH 44181-8017
516429345     +EDI: SEARS.COM Jul 21 2017 23:03:00      Sears/Citibank N.A.,    Po Box 6283,
               Sioux Falls, SD 57117-6283
516429350     +EDI: NEXTEL.COM Jul 21 2017 23:03:00      Sprint Customer Service,    P0 Box 8077,
               London, KY 40742-8077
516429356     +EDI: NEXTEL.COM Jul 21 2017 23:03:00      Sprint PCS,    PO Box 105243,    Atlanta, GA 30348-5243
516429355     +EDI: NEXTEL.COM Jul 21 2017 23:03:00      Sprint PCS,    PO Box 8077,    London, KY 40742-8077
516429357     +EDI: CITICORP.COM Jul 21 2017 23:03:00      The Home Depot - Citibank NA,    Po Box 6497,
               Sioux Falls, SD 57117-6497
516429358      EDI: CITICORP.COM Jul 21 2017 23:03:00      The Home Depot/CBNA,    PO Box 6497,
               For Notice Only,    Sioux Falls, SD 57117-6497
                                                                                              TOTAL: 49

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516429314       Capital One Bank
cr*             Ally Financial,    PO Box 130424,    Roseville, MN 55113-0004
cr*            +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER,     Phelan Hallinan & Schmieg, PC,
                400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
516429332*    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:  Home Depot Credit Services,     Processing Center,
                Des Moines, IA 50364)
516429318*    +Capital One Bank,    P0 Box 70884,    Charlotte, NC 28272-0884
                                                                                         TOTALS: 1, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2017 at the address(es) listed below:
          Avram D White    on behalf of Debtor Gary  Gallemore clistbk3@gmail.com,
           adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com
          Barry R. Sharer    on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com,
           BSharer@SharerPBS.com;nj83@ecfcbis.com
          Barry R. Sharer    CShapiro@SharerPBS.com,    BSharer@SharerPBS.com;nj83@ecfcbis.com
          Brian C. Nicholas    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER
           PARTICIPATION TRUST bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER
           PARTICIPATION TRUST dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
```

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Jul 21, 2017
                              Form ID: 318             Total Noticed: 64
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      James Patrick Shay    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST james.shay@phelanhallinan.com

      John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com;mhazlett@mortoncraig.com

TOTAL: 7