Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                    Case No.: 16–28971–KCF
                    Chapter:  7
                    Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gary Gallemore
   36 Heath Lane
   Willingboro, NJ 08046

Social Security No.:
   xxx–xx–7197

Employer's Tax I.D. No.:

---

## FINAL DECREE

      The estate of the above named debtor(s) has been fully administered.

      If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

      ORDERED that Barry R. Sharer is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>August 10, 2017</u>                <u>Kathryn C. Ferguson</u>
                                                  Judge, United States Bankruptcy Court